IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**APOLLONIA C. THOMAS, K87091,**

**Petitioner,**

**vs.**

**CAROLYN ROBERTSON,**
**Warden, Lincoln Correctional Center,**

**Respondent.**                                                    **No. 04-CV-00596-DRH**

## ORDER

**HERNDON, District Judge:**

On August 26, 2004, Petitioner Apollonia C. Thomas, an inmate at Lincoln Correctional Center, filed a petition for a writ of habeas corpus pursuant to **28 U.S.C. § 2254 (Doc. 1)**. Now before the Court is Respondent Carolyn Robertson's Motion to Dismiss Petitioner's Petition for Writ of Habeas Corpus as Time-Barred **(Doc. 8)**.

On May 31, 2005, pursuant to **28 U.S.C. § 636(b)(1)(B)**, United States Magistrate Philip M. Frazier submitted a Report and Recommendation (the "Report") recommending the Court grant Respondent's motion to dismiss and dismiss the action with prejudice as untimely filed **(Doc. 15)**. The Report was sent to the parties with a notice informing them of their right to appeal by way of filing "objections" within ten days of service. To date, none of the parties have filed objections, and the period in which to file objections has expired. Therefore, pursuant to **28 U.S.C. §**

1

**636(b)**, this Court need not conduct *de novo* review.  ***Thomas v. Arn*, 474 U.S. 140, 149-52 (1985)**.

Thus, the Court **ADOPTS** the Report in its entirety **(Doc. 15)** and **GRANTS** Respondent's Motion to Dismiss Petitioner's Petition for Writ of Habeas Corpus as Time-Barred **(Doc. 8)**.  Petitioner's action is **DISMISSED with prejudice**.

**IT IS SO ORDERED.**

Signed this 21st day of June, 2005.

/s/    David RHerndon
**United States District Judge**