# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**APOLLONIA C. THOMAS, K87091,**

       **Petitioner,**

       vs-                                       No.  04-596-DRH

**CAROLYN ROBERTSON,**
**Warden, Lincoln Correctional Center,**

       **Respondent.**

## JUDGMENT IN A CIVIL CASE

       **DECISION BY COURT.**  This action came before the Court pursuant to the Report and Recommendation of United States Magistrate Philip M. Frazier.

       **IT IS ORDERED AND ADJUDGED** that the Report is **ADOPTED** in its entirety and the Respondent's Motion to Dismiss Petitioner's Petition for Writ of Habeas Corpus as time-barred is **GRANTED.**  This action is **DISMISSED** with prejudice.

                                                    **NORBERT G. JAWORSKI, CLERK**

June  _21_, 2005                                   BY:   s/Patricia Brown
                                                               Deputy Clerk

APPROVED: /s/      David RHerndon         EOD:   6/21/2005
               **U.S. DISTRICT JUDGE**